No. 64672.—Border Brokerage Company v. United States, protests 295399–K, etc., (Seattle).

Opinion by Mollison, J.   In accordance with stipulation of counsel that the merchandise consists of liquefied petroleum gas similar in all material respects to that the subject of *Arthur J. Humphreys* v. *United States* (43 Cust. Ct. 103, C.D. 2112), the claim of the plaintiff was sustained.